IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-60182
Summary Calendar
_____

TITO GIRON-ESCOBAR,

Petitioner,

versus

JOHN ASHCROFT, U.S. ATTORNEY GENERAL,

Respondent.

--------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A75 205 463
--------------------
March 12, 2003

Before JONES, STEWART, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Juan Alberto Giron, aka Tito Giron-Escobar, petitions this court to review the decision of Board of Immigration Appeals (BIA) denying his applications for asylum, withholding deportation, and voluntary departure.  Much of Giron's appeal challenges the Immigration Judge's adverse credibility determination regarding his testimony.  We will not, however, review such determinations.  Chun v. INS, 40 F.3d 76, 78 (5th Cir. 1994).  Because Giron presents no

_____

[*]  Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

other evidence upon which to base his asylum application, the BIA's denial of his asylum application is supported by substantial evidence.  <u>Id</u>. at 78-79.  Additionally, we lack jurisdiction to review Giron's argument that the BIA erred in denying his request for voluntary departure.  8 U.S.C. § 1252(a)(2)(B) (referring to 8 U.S.C. § 1229(c)).

Giron's petition for review is DENIED.